United States District Court
Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   LION SHARE INVESTMENTS, LLC,                Case No. 4:17-cv-00253-KAW
        Plaintiff,
8                                               **JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**
9       v.
10  PABLO A. GARCIA,
        Defendant.
11
12
13      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the
14  Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Lion Share*
15  *Investments, LLC v. Garcia*, 16-cv-05731-YGR.
16      IT IS SO ORDERED.
17  Dated: January 24, 2017

                                                _____
                                                KANDIS A. WESTMORE
                                                United States Magistrate Judge